**DENY and Opinion Filed April 28, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00473-CV

### IN RE LEXON INSURANCE COMPANY, Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06030**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Moseley

Relator Lexon Insurance Company filed a petition for writ of mandamus requesting that

the Court order the trial court to vacate its order denying Lexon's motion to disqualify opposing

counsel. The facts and issues are well known to the parties, so we need not recount them herein.

Based on the record before us, we conclude relator has not shown it is entitled to the relief

requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992)

(orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/Jim Moseley/
JIM MOSELEY
JUSTICE

140473F.P05